**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DANIEL MEYERS, | : | Civil No. 1:25-CV-01617 |
| Plaintiff, | : | |
| v. | : | |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

**MEMORANDUM**

Before the court is the report and recommendation of Chief United States Magistrate Judge Daryl F. Bloom recommending that the court affirm the Commissioner's decision and close this case. (Doc. 18.) No party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Chief Judge Bloom's analysis is well-reasoned and fully supported by the record and applicable

law. Accordingly, the court will adopt the report and recommendation, Doc. 18, affirm the Commissioner's decision, and close this case. An appropriate order follows.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: September 4, 2026